**ROBERT S. SOLA**, OSB # 84454
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
rssola@msn.com
Attorney for Plaintiff

FILED'06 JUL 31 12:40USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTINA BUI,**

    Plaintiff,

    v.

**TRANS UNION LLC**, a foreign corporation,
**EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation,
**EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation,
**NCO FINANCIAL SYSTEMS, INC.**, a foreign corporation, and
**CREDIT BUREAU COLLECTION SERVICES, INC.**, a foreign corporation,

    Defendants.

Civil No. 05-00060-BR

**ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

THIS MATTER, having come before the Court on Plaintiff and Defendant Experian Information Solutions, Inc.'s Joint Motion To Dismiss Defendant Experian Information Solutions, Inc., and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Defendant Experian Information Solutions, Inc., only, are dismissed with prejudice and without costs or fees to either party.

DONE AND ORDERED on this 31st day of July, 2006.

_____
HONORABLE ANNA BROWN
UNITED STATES DISTRICT COURT

Page 1 – ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. on the following persons:

Angela Taylor
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614    Of Attorneys for Experian Information Solutions

by the following indicated method:

__X__    by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

____    by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

____    by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

____    by **facsimile** transmission of full, true and correct copies on the date set forth below.

Dated this 26 day of July, 2006.

                                                       _/s/ Robert Sola_
                                             Robert S. Sola, OSB # 84454
                                             rssola@msn.com
                                             (503) 295-6880
                                             (503) 291-9172 (facsimile)
                                             Attorney for Plaintiff

Page 1 – CERTIFICATE OF SERVICE